UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLAND HANLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OPINSKI et al.,<br><br>　　　　　Defendants. | No.  1:16-cv-00391-DAD-MJS<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROVIDE A CURRENT ADDRESS |

　　　　Plaintiff proceeds *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On October 19, 2016 the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and found it stated a cognizable claim against defendant Sergeant Doe for fabricating evidence against plaintiff. (Doc. No. 5.) The magistrate judge found that the complaint failed to state any other cognizable claims against any of the other named defendants. (*Id*.) Plaintiff was granted leave to file an amended complaint or a notice of willingness to proceed on his single cognizable claim within thirty days. (*Id.*) The order was mailed on the date it was issued to plaintiff at his address of record. However, on November 3, 2016, the screening order was returned to the court by the U.S. Postal Service as undeliverable. To date, plaintiff has still not filed a notice of change of address with this court as required nor has he communicated with the court in any way.

1

Local Rule 183(b) requires a party proceeding *pro se* to keep the court apprised of his current address: "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Here, more than sixty-three days have passed without plaintiff providing the court with his current address.

Accordingly, the action is hereby dismissed without prejudice, based on plaintiff's failure to keep the court apprised of his current address. The Clerk of Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: **February 17, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE