# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLAND HANLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OPINSKI, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00391-DAD-SAB<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF Nos. 11, 13) |

Plaintiff Rolland Hanley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2018, Plaintiff's first amended complaint was screened and findings and recommendations issued recommending that this action proceed on Fourteenth Amendment claims against Defendant Gorman for deliberately fabricating evidence and Defendant Opinski for wrongful incarceration. (ECF No. 11.) On June 5, 2018, District Judge Dale A. Drozd adopted the findings and recommendations and all other claims were dismissed without leave to amend. (ECF No. 13.)

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

　　**Sergeant Gorman**

　　**Merced Police Officer Opinski**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint, filed November 14, 2017;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed first amended complaint filed November 14, 2017;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **June 5, 2018**

UNITED STATES MAGISTRATE JUDGE

2